IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, | ) |
| Plaintiff, | ) C.A. No. 1:24-cv-00884-ADA |
| v. | ) |
| TESLA, INC., | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

### JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(2), Intellectual Ventures II LLC ("Plaintiff") and Tesla, Inc. ("Defendant") jointly move to dismiss with prejudice (1) all of Plaintiff's claims relating to United States Patent No. 8,898,395 against Defendant, and (2) all of Defendant's counterclaims relating to United States Patent No. 8,898,395.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of records, request this Court to dismiss all of Plaintiff's claims relating to United States Patent No. 8,898,395 against Defendant with prejudice, and to dismiss all of Defendant's counterclaims relating to United States Patent No. 8,898,395 with prejudice.  Plaintiff and Defendant will each bear their own attorneys' fees, costs of court, and expenses relating to the prosecution and defending of claims related to United States Patent No. 8,898,395.

Dated: May 6, 2025

By: */s/ Daniel R. Gopenko*
Aamir A. Kazi (admitted to W.D. Tex.)
kazi@fr.com
**Fish & Richardson P.C.**
1180 Peachtree Street, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005

Daniel R. Gopenko (admitted to W.D. Tex.)
gopenko@fr.com
**Fish & Richardson P.C.**
1000 Maine Ave SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070

David M. Hoffman (TX Bar No. 24046084)
hoffman@fr.com
**Fish & Richardson P.C.**
111 Congress Avenue, Suite 2000
Austin, TX 78701
Telephone: (512) 472-5070

Matt Colvin (TX Bar No. 24087331)
colvin@fr.com
Michael Ellis (TX Bar No. 24102726)
ellis@fr.com
**Fish & Richardson P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070

Kathryn Quisenberry (TX Bar No. 24105639)
quisenberry@fr.com
**Fish & Richardson P.C.**
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300

Respectfully submitted,

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Jeceaca An (NY Bar No. 5849898)
**KASOWITZ BENSON TORRES LLP**
(Admitted in this District)
jan@kasowitz.com
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
Bridgeview Center
7901 Fish Pond Road
Waco, Texas 76710
Telephone: (254) 732-2242

| | |
|---|---|
| Paul Margulies (DC Bar No. 1000297)<br>pmargulies@tesla.com<br>**Tesla, Inc.**<br>800 Connecticut Ave, NW<br>Washington, DC 20006<br>Telephone: (202) 695-5388<br><br>*Attorneys for Defendant*<br>*TESLA, INC.* | William Ellerman (TX Bar No. 24007151)<br>wellerman@cjsjlaw.com<br>**CHERRY JOHNSON SIEGMUND**<br>**JAMES PLLC**<br>One Glen Lakes Tower<br>8140 Walnut Hill Lane, Suite 105<br>Dallas, Texas 75231<br>Telephone: (254) 732-2242<br>Facsimile: (866) 627-3509<br><br>*Attorneys for Plaintiff*<br>*INTELLECTUAL VENTURES II LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 6th day of May, 2025, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
