IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, | ) |
| Plaintiff, | ) C.A. No. 1:24-cv-00884-ADA |
| v. | ) JURY TRIAL DEMANDED |
| TESLA, INC., | ) |
| Defendant. | ) |

**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO RULE 41(a)(2)**

Before the Court is Plaintiff Intellectual Ventures II LLC ("Plaintiff") and Defendant Tesla, Inc. ("Defendant") Joint Motion to Dismiss With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court, having considered the Motion, and good cause having been shown, hereby **ORDERS** that the Motion is **GRANTED**.

IT IS THEREFORE ORDERED that all of Plaintiff's claims relating to United States Patent No. 8,898,395 against Defendant are dismissed with prejudice.

IT IS FURTHER ORDERED that all of Defendant's counterclaims relating to United States Patent No. 8,898,395 are dismissed with prejudice.

IT IS FURTHER ORDERED that Plaintiff and Defendant will each bear their own attorneys' fees, costs of court, and expenses relating to the prosecution and defending of claims related to United States Patent No. 8,898,395.

SO ORDERED.

DATE: 5-16-2025

_____
Honorable Alan D. Albright
United States District Judge