IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES II LLC,** *Plaintiff,* | § § § § § § § § § § | 1:24-CV-00884-ADA |
| v. | | |
| **TESLA, INC.,** *Defendant.* | | |

## ORDER SETTING DISCOVERY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING** by Zoom on **Tuesday, October 21, 2025, at 9:30 AM**. The Zoom link will be sent via email.

SIGNED this 17th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE