**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **INTELLECTUAL VENTURES II LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **TESLA, INC.**, <br><br> Defendant. | Civil Action No. 1:24-cv-00884-ADA <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

## ORDER REGARDING DISCOVERY DISPUTES

This Court, having considered disputes raised by Plaintiff Intellectual Ventures II LLC ("IV" or "Plaintiff") and Defendant Tesla, Inc. ("Tesla" or "Defendant") during the November 24, 2025 Discovery Hearing, hereby ORDERS the following:

1. Tesla's request that the Court order IV to produce exchanges with its licensees relating to the patents-in-suit is DENIED.

2. Tesla's request that IV be ordered to designate a witness to testify about Topic No. 86 and the objected-to scope of Topic No. 96 from Tesla's Rule 30(b)(6) Notice of Deposition is DENIED.

3. Tesla's request that IV be ordered to provide a more thorough and detailed privilege log is DENIED-IN-PART. The Court ORDERS that IV provide an updated privilege log containing: (1) authors for entries 1-2 & 10; (2) Recipients; (3) CC Recipients to the extent applicable; and (4) additional detail as to the subject matter of the documents.

4. IV's request to compel Tesla's supplemental response to Interrogatory No. 2 is DENIED.

5. IV's request that Tesla be ordered to identify source code and technical documents related to Tesla's Kubernetes implementation is DENIED.

6. IV's request to compel Tesla's production of documents responsive to RFP Nos. 7-8 and supplemental responses to Interrogatory Nos. 8-9 related to Kubernetes costs is DENIED.

7. IV's request to compel Tesla to supplement responses to Interrogatory No. 9 is DENIED.

8. IV's request related to limiting prior art arguments for the patents-in-suit is DENIED-AS-MOOT.

9. IV's request to complete out of time discovery related to Qualcomm/Quectel chips is GRANTED. Should the Qualcomm deposition occur after opening expert reports are submitted, IV may supplement its opening report(s) to address the same, and Tesla may respond to the same in its rebuttal report(s).

SIGNED this 4th day of December, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE