IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC,<br>    *Plaintiff,*<br><br>v.<br><br>TESLA, INC.,<br>    *Defendant.* | § § § § § § § § § § | 1:24-CV-00884-ADA |

### ORDER SETTING MOTIONS HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING** by Zoom on **Tuesday, February 17, 2025, at 2:00 PM**. The Zoom link will be sent via email.

SIGNED this 16th day of February, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE