**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, | |
| *Plaintiff,* | Civil Action No. 1:24-cv-884-ADA |
| v. | PATENT CASE |
| TESLA, INC., | JURY TRIAL DEMANDED |
| *Defendant.* | |

### ORDER GRANTING-IN-PART TESLA, INC.'S MOTION TO STRIKE PORTIONS OF EXPERT REPORTS OF STEVEN GOLDBERG, DAVID KAELI, JOSEPH CAMP, AND ROY WEINSTEIN

The Court has considered Defendant Tesla, Inc.'s ("Defendant") Motion to Strike Portions of Plaintiff Intellectual Ventures II, LLC's ("Plaintiff") Opening Expert Reports of Steven Goldberg, David Kaeli, Joseph Camp, and Roy Weinstein (the "Motion to Strike"), and all related filings and arguments in support of and in opposition to the Motion to Strike. The Court is of the opinion that the Motion to Strike should be **GRANTED-IN-PART** and **DENIED-IN-PART.**

   **IT IS THEREFORE ORDERED** that Defendant's Motion to Strike is **GRANTED WITHOUT PREJUDICE** as to relief requested as to secondary considerations as contained in Plaintiff's opening expert reports and **DENIED** as to relief requested as to shadow mode. Plaintiff may include secondary considerations in its rebuttal expert reports in response to Defendant's opening expert reports on validity, without prejudice to Defendant's ability to move to strike them.

**SIGNED** this 3rd day of April, 2026.


**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**