## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES II LLC,**<br>*Plaintiff,* | § § § § | |
| *v.* | § § | **1:24-CV-00884-ADA** |
| **TESLA, INC.,**<br>*Defendant.* | § § § | |

### ORDER VACATING DEADLINES

Due to the potential for future conflicts, it is hereby **ORDERED** that all hearing dates, including the pretrial conference and trial date, are hereby **VACATED.**

**SIGNED** this 27th day of April, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE